LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY
BY: Edward T. Finch, Esquire
Identification No. 83692
510 Walnut Street, Suite 1000
Philadelphia, PA  19106
(215) 627-0303

| | |
|---|---|
| JOSEPH F. KINIUK and MARGARET KINIUK, husband and wife | COURT OF COMMON PLEAS NORTHAMPTON COUNTY |
| V. | |
| AC&S, INC., ET AL. | NO. C0048AB2002000241 |

## PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Kindly file the attached Notice of Removal in the above-captioned matter.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
DaimlerChrysler Corporation,
Ford Motor Company and
General Motors Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH F. KINIUK and MARGARET KINIUK,     CASE NO. ○∂ ⌐C V ⌐∂9 77
husband and wife

        V.

DAIMLERCHRYSLER CORPORATION
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

### NOTICE OF REMOVAL

Defendants DaimlerChrysler Corporation, Ford Motor Company and General Motors

Corporation (the "automobile manufacturers") hereby give notice of the removal to the United States

District Court for the Eastern District of Pennsylvania of the claims which have been asserted against

them in the action captioned Joseph F. Kiniuk and Margaret Kiniuk, husband and wife v. AC&S,

Inc., et al. now pending in the Court of Common Pleas of Northampton County, at

No. C0048AB2002000241. This Notice of Removal is filed pursuant to 28 U.S.C. § 1452(a), and

as grounds for removal the automobile manufacturers state the following:

        1.      The action of which the removed claims are a part was commenced in the Court of

Common Pleas of Northampton County.

        2.      The removed claims are those for personal injury or wrongful death asserted against

the automobile manufacturers on the basis of alleged exposure to certain of their asbestos-containing

products, including brakes and other automotive parts, manufactured for the automobile

manufacturers by Federal-Mogul Global, Inc., or companies that it purchased, one or more of which is a co-defendant of the automobile manufacturers.

3.     On October 1, 2001 Federal-Mogul Global, Inc. filed a voluntary petition for protection under Chapter 11 of the United States Bankruptcy Code, commencing bankruptcy case number 01-10578 (the "Federal-Mogul Bankruptcy Case") currently pending in the United States Bankruptcy Court for the District of Delaware.

4.     The removed claims may be removed to this Court pursuant to 28 U.S.C. § 1452(a): (i) the removed claims are asserted in a civil action not exempt from removal; and (ii) the Court has jurisdiction of the removed claims under 28 U.S.C. § 1334. All claims asserted against the Removing Defendants are related to the Federal-Mogul Bankruptcy Case, and the continued prosecution, outcome at trial or other resolution of the claims will have an effect on the administration of the Federal-Mogul Bankruptcy Case.

5.     Removal to this Court is timely pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(3) in that the Federal-Mogul Bankruptcy Case was pending when the removed claims were asserted on or after October 1, 2001 and in that this notice has been filed within 30 days of receipt by one or all of the automobile manufacturers of a copy of the initial pleading setting forth the removed claims.

6.     Upon removal, the proceedings with respect to the removed claims are non-core. The automobile manufacturers do not consent to entry of a final order or judgment by the bankruptcy judge to the extent the bankruptcy court is authorized to hear or determine such claims consistent with 28 U.S.C. § 157(b)(5).

2

7.    The purpose of removal is to facilitate transfer of the removed claims to the United States District Court for the District of Delaware, the district court presiding over the Federal-Mogul Bankruptcy Case, to resolve on a consolidated basis the common threshold scientific issues concerning whether brakes and other automotive parts cause disease. *See, e.g., In re Dow Corning Corp.*, 1995 W.L. 495978, at *2 (Bankr. E.D. Mich. Aug. 9, 1995) (personal injury tort claims transferred to bankruptcy court pursuant to 28 U.S.C. § 157(b)(5) to resolve threshold scientific issues concerning whether silicone breast implants caused disease after removal to federal court pursuant to 28 U.S.C. § 1452(a)).

8.    On November 20, 2001, the automobile manufacturers filed in the Federal-Mogul Bankruptcy Case a motion pursuant to 28 U.S.C. § 157(b)(5) to transfer this and all other claims related to brakes and automotive parts for consolidated resolution of the threshold scientific issues concerning whether brakes and other automotive parts cause disease.

9.    On December 10, 2001 the Honorable Alfred M. Wolin issued the attached Order provisionally transferring pursuant to 28 U.S.C. § 157(b)(5) the claims asserted against the automobile manufacturers to the United States District Court for the District of Delaware.

10.    On January 3, 2002, Judge Wolin issued a letter opinion and order reiterating that all asbestos friction claims against the automobile manufacturers pending in federal courts as of December 10 had been transferred, and ordering any claims removed after December 10 transferred as well. A copy of the Order and Opinion are attached to this Notice.

11.    On February 8, 2002, the Honorable Alfred M. Wolin denied the "Motions to Transfer the 'Friction Claims'" and simultaneously remanded the friction products claims. Attached hereto is a copy of said Order.

3

12.     However, on February 11, 2002, the United States Court of Appeals for the Third Circuit granted a Temporary Stay of Judge Wolin's February 8, 2002 Court Order so that the matter could be considered by a three-judge panel of that court.  Attached hereto is a copy of said Order.

13.     The Removing Defendants file this Notice of Removal to adequately protect the interests of Removing Defendants and to facilitate transfer of these claims to the United States District Court for the District of Delaware pursuant to Judge Wolin's provisional transfer order.

14.     The automobile manufacturers will comply with 28 U.S.C. § 1446(d) by promptly giving notice of the filing of this Notice of Removal to all adverse parties to the action pending in the state court and filing a copy of this Notice of Removal with the prothonotary of the Court of Common Pleas of Northampton County.

Respectfully submitted,

LAVIN, COLEMAN, O'NEIL, RICCI,
FINARELLI & GRAY

BY: _____
Edward T. Finch, Esquire
Attorney for Defendants,
DaimlerChrysler Corporation,
Ford Motor Company and
General Motors Corporation

4

## CERTIFICATE OF SERVICE

I, Edward T. Finch, Esquire, hereby certify that pursuant to 28 U.S.C. § 1446(d) written

notice of the removal of this action will be promptly given to all adverse parties and a copy of the

Notice of Removal will be filed with the Court of Common Pleas.

_____
Edward T. Finch, Esquire

**Defendants (Names and Addresses):**

DaimlerChrysler Corporation
1000 Chrysler Driver
Auburn Hills, MI  48326-2766

Ford Motor Company
Parklane Towers West
Suite 1500
Three Parklane Boulevard
Dearborn, MI  48126-2568

General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI  48265-4000

Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

 Fel-Pro, Inc.,

 Ferodo America, Inc.,

 Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

 Moog Automotive Inc., formerly known as Wagner Electric Corporation,

 Pneumo Abex Corp., or

 T&N plc.

 2655 Northwestern Highway
 Southfield, MI  48034

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

JOSEPH F. KINIUK and MARGARET KINIUK,
husband and wife

CASE NO.

V.

DAIMLERCHRYSLER CORPORATION
FORD MOTOR COMPANY
GENERAL MOTORS CORPORATION
FEDERAL-MOGUL GLOBAL, INC.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2441 through §2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 8.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( X )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  ( )

May 17, 2002
(Date)

Attorney-at-law

Edward T. Finch, Esquire
Attorney For

DaimlerChrysler Corporation, Ford Motor Company and General Motors Corporation

(Civ. 660)
12/91

JS44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**

Joseph F. Kiniuk and Margaret Kiniuk, husband and wife

**DEFENDANTS**

SEE ATTACHED

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT
OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Alan S. Battisti, Esquire
Law Offices of Peter G. Angelos, P.C.
60 W. Broad Street - Suite 200
Bethlehem, PA 18018
(610) 866-3333

ATTORNEYS (IF KNOWN)

Lavin, Coleman, O'Neil, Ricci, Finarelli & Gray
Penn Mutual Tower
510 Walnut Street - Suite 1000
Philadelphia, PA 19106
(215) 627-0303

**II. BASIS OF JURISDICTION**   (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

■ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of
Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**   (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION**   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action for personal injury for asbestos exposure against Federal-Mogul Global, Inc., or companies it purchased and removing defendants, removed pursuant to 28 U.S.C. § 1452(a).

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 442 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ■ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 520 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN**   (PLACE AN x IN ONE BOX ONLY)

☐ 1 Original Proceeding

■ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

Transferred from
☐ 5 another district (specify)

☐ 6 Multidistrict Litigation

Appeal to District
☐ 7 Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**
Not Specified

Check YES only if demanded in complaint:
**JURY DEMAND** ■ YES   ☐ NO

**VIII. RELATED CASE(S)
IF ANY**   (See instructions):

JUDGE _____   DOCKET NUMBER 01-CV-5981

DATE

May 17, 2002

SIGNATURE OF ATTORNEY OF RECORD

Edward T. Finch, Esquire

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

**Defendants (Names and Addresses):**

DaimlerChrysler Corporation
1000 Chrysler Driver
Auburn Hills, MI  48326-2766

Ford Motor Company
Parklane Towers West
Suite 1500
Three Parklane Boulevard
Dearborn, MI  48126-2568

General Motors Corporation
400 Renaissance Center
P.O. Box 400
Detroit, MI  48265-4000

Federal-Mogul Global, Inc., individually and/or as parent company, successor in interest, or indemnitor to or of:

      Fel-Pro, Inc.,

      Ferodo America, Inc.,

      Gasket Holdings, Inc., formerly known as Flexitallic Gasket Company,

      Moog Automotive Inc., formerly known as Wagner Electric Corporation,

      Pneumo Abex Corp., or

      T&N plc.

2655 Northwestern Highway
Southfield, MI  48034

I hereby certify this is a true and correct copy of the original. *Alan A. Brattt*

## LAW OFFICES OF PETER G. ANGELOS, P.C.

60 W. Broad Street
Suite 200
Bethlehem, PA 18018
(610) 866-3333

### IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY - PENNSYLVANIA
### CIVIL DIVISION - ASBESTOS

| | | |
|---|---|---|
| Joseph F. Kiniuk and Margaret Kiniuk, husband and wife, | * * * | No. C0048AB2002000 $2 4 1$ |
| Plaintiffs, | * * | CIVIL ACTION - ASBESTOS |
| vs. | * * | JURY TRIAL DEMANDED |
| ACandS, Inc., et al | * * | |
| Defendants. | * | |

### NOTICE

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint of for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

NORTHAMPTON COUNTY BAR ASSOCIATION
ATTORNEY REFERRAL AND INFORMATION SERVICE
155 South Ninth Street
Easton, PA 18042-4399
Telephone: (610) 258-6333

**IN THE COURT OF COMMON PLEAS OF NORTHAMPTON COUNTY - PENNSYLVANIA**
**CIVIL DIVISION - ASBESTOS**

| | |
|---|---|
| Joseph F. Kiniuk and Margaret Kiniuk,<br>husband and wife,<br>1533 Lois Lane<br>Bethlehem, Pa. 18018 | No. C0048AB2002000 |

      Plaintiffs,

    vs.

ACandS, Inc.
120 N. Lime Street
Lancaster, Pennsylvania 17602

   and

Allied Signal, Inc.
c/o CT Corporation Systems
1515 Market Street, Suite 1210
Philadelphia, PA 19102

   and

Amchem Products, Inc.
c/oC.T. Corporation System
1515 Market Street, Suite 1210
Philadelphia, PA 19102

   and

BF Goodrich Company
c/o CT Corporation Systems
1515 Market Street, Suite 1210
Philadelphia, PA 19102

   and

Viacom, Inc., Successor by merger to      *
CBS Corporation      *
f/k/a Westinghouse Electric Corp.      *
c/o Asbestos Litigation Support Manager      *
Eckert, Seamans, Cherin & Mellott, LLC      *
Case Management and Technology Center      *
Gulf Tower, 5th Floor      *
707 Grant Street      *
Pittsburgh, PA 15222      *
     *
         and      *
     *
Clayton Dubilier & Rice .      *
c/o The Corporation Trust Company      *
1209 Orange Street      *
Wilmington, DE 19801      *
     *
         and      *
     *
Cooper Industries      *
c/o C.T. Corporation System      *
1515 Market Street, Suite 1210      *
Philadelphia, PA 19102      *
     *
         and      *
     *
Crown, Cork & Seal Company, Inc.      *
1 Crown Way      *
Philadelphia, PA 19104      *
     *
         and      *
     *
Daimler Chrysler Corporation      *
c/o CT Corporation Systems, Inc.      *
1515 Market Street, Suite 1210      *
Philadelphia, PA 19102      *
     *
         and      *
     *
Ferro Engineering      *
A Division of Oglebay Norton Co.      *
1100 Superior Avenue      *
Cleveland, Ohio 44114      *

         and      *

The Flintkote Company                                    *
Three Embarcadero Center; Suite 1190                     *
San Francisco, CA 94111-4047                             *
                                                         *
                                                         *
        and                                              *
                                                         *
                                                         *
Ford Motor Company                                       *
c/o CT Corporation Systems                               *
1515 Market Street, Suite 1210                           *
Philadelphia, PA 19102                                   *
                                                         *
                                                         *
        and                                              *
                                                         *
Foseco, Inc.                                             *
c/o C.T. Corporation System                              *
1515 Market Street, Suite 1210                           *
Philadelphia, PA 19102                                   *
                                                         *
                                                         *
        and                                              *
                                                         *
Foster-Wheeler Corporation                               *
Perryville Corporate Park                                *
Clinton, N.J. 08809-4000                                 *
                                                         *
                                                         *
        and                                              *
                                                         *
General Electric Company                                 *
c/o  C.T. Corporation System                             *
1515 Market Street, Suite 1210                           *
Philadelphia, Pa. 19102                                  *
                                                         *
                                                         *
        and                                              *
                                                         *
General Motors Corporation                               *
c/o C.T. Corporation Systems                             *
1515 Market Street, Suite 1210                           *
Philadelphia, PA 19102                                   *
                                                         *
                                                         *
        and                                              *
                                                         *
General Refractories Company                             *
225 City Line Ave.                                       *
Suite 111
Bala Cynwyd, PA 19904                                    *

  and             *

The Goodyear Tire & Rubber Company  *
c/o C.T. Corporation System     *
1515 Market Street, Suite 1210    *
Philadelphia, PA 19102      *

   and            *

Halliburton Technical Services, Inc.  *
c/o CT Corporation System     *
1515 Market Street, Suite 1210    *
Philadelphia, Pa. 19102      *

   and            *

Hercules Chemical Corporation   *
c/o Leonard A. Ruvolo      *
111 South Street        *
Passaic, NJ 07055       *

   and            *

John Crane, Inc.         *
f/k/a Crane Packing Company    *
6400 Oakton Street       *
Morton Grove, IL 60053      *

   and            *

Lac d'Amiante du Quebec, Ltee   *
a/k/a Lake Asbestos of Quebec, Ltd.  *
a/k/a LAB Chrysolite, Ltd.     *
a/k/a ASARCO        *
156 W. 56th Street, #1902     *
New York, NY 10019       *

   and            *

Pfizer, Inc.           *
235 East 42nd Street       *
New York, NY 10017       *

   and            *

Pneumo Abex Corporation                                    *
f/k/a Abex Corporation                                     *
c/o Prentice Hall Corporation System, Inc.                 *
319 Market Street                                          *
Harrisburg, PA 17101                                       *
                                                           *
        and                                                *
                                                           *
Premier Refractories, Inc.                                 *
f/k/a J.H. France Refractories Co.                         *
c/o C.T. Corporation System                                *
1515 Market Street, Suite 1210                             *
Philadelphia, PA 19102                                     *
                                                           *
        and                                                *
                                                           *
Quigley Co., Inc.                                          *
subsidiary of Pfizer, Inc.                                 *
235 E. 42nd Street                                         *
New York, NY 10017                                         *
                                                           *
        and                                                *
                                                           *
Rapid American Corporation                                 *
C/O Prentice Hall Corp System                              *
2704 Commerce Drive, Suite B                               *
Harrisburg, PA 17110                                       *
                                                           *
        and                                                *
                                                           *
Rockbestos Co.                                             *
f/k/a The Rockbestos Wire &                                *
Cable Company                                              *
20 Bradley Park Road                                       *
East Granby, CT 06062                                      *
                                                           *
        and                                                *
                                                           *
Union Carbide Chemical & Plastics Co., Inc.                *
f/k/a Union Carbide Corporation                            *
c/o Joan Murphy, Paralegal                                 *
Kelley, Drye & Warren                                      *
101 Park Avenue, 32nd Floor                                
NY, NY 10178-0002                                          *

```
                                              *
         and                                  *
                                              *
Uniroyal, Inc.                                *
70 Great Hill Road                            *
Naugatuck, Connecticut 06770                  *
                                              *
         and                                  *
                                              *
Universal Refractories, Inc.                  *
915 Clyde Street                              *
Wampum, PA 16157                              *
                         Defendants.          *
```

## SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL

Joseph F. Kiniuk and Margaret Kiniuk, through their attorneys sue the Defendants captioned above and hereby adopt and incorporate all relevant portions of the Master Complaint and by reference the causes of action and paragraphs set forth in the Master Complaint as follows: General/Other Master File No. C0048AB200000004.

Plaintiff Joseph F. Kiniuk

**INTRODUCTION** - Paragraphs 1-4 and 6-7;

1.      **COUNT ONE - STRICT LIABILITY** - Paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10 and 11;

2.      **COUNT TWO - BREACH OF WARRANTY** - Paragraphs 12, 13 and 14

3.      **COUNT THREE - NEGLIGENCE** - Paragraphs 15,16, 17, 18 and 19;

4.      **COUNT FOUR - FRAUD** - Paragraphs 20, 21, 22, 23, 24 and 25;

5.      **COUNT FIVE - CONSPIRACY** - Paragraphs 26, 27, 28, 29 and 30;

Plaintiffs, Joseph F. Kiniuk and Margaret Kiniuk

**INTRODUCTION** - Paragraph 1-4 and 6-7;

6.      **COUNT SIX - LOSS OF CONSORTIUM** - Paragraphs 31, 32, 33 and 34;

**ADDITIONAL INFORMATION**
**SHORT FORM COMPLAINT**

The following information is provided pursuant to Master Procedural Order No. 1, entered by the Court on December 29, 1999;

7.      Plaintiff, Joseph F. Kiniuk, Date of Birth 4/30/26, SS# 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, and Margaret Kiniuk are adults who reside at 1533 Lois Lane, Bethlehem, Pennsylvania 18018.

8.      Plaintiff, Joseph F. Kiniuk, has sustained an asbestos related injury and was diagnosed with pulmonary asbestosis on or about September 29, 2000.

9.      Plaintiffs time period of exposure to asbestos dust and fibers was from approximately 1955 to 1987. Plaintiff was employed as a (see attached Exhibit No. 1) during this period of time.

10.     Plaintiff was employed by (see attached Exhibit No. 1) and worked at the following location:   (See attached Exhibit No. 1)

11.     Plaintiffs claim no wage loss at this time.

## DEMAND FOR JURY TRIAL

Plaintiffs elect to have their case tried before a jury.

LAW OFFICES OF PETER G. ANGELOS, P.C.

By: _____

George A. Weber, III
I.D.#75162
Alan S. Battisti
I.D.#59053
Attorneys for Plaintiffs

## EXHIBIT NO. 1

| YEAR | EMPLOYER | JOB DUTIES |
|------|----------|------------|
| 1955-1956 | Budd Company<br>Philadelphia, Pa. | Assembler/Welder |
| 1956-1962 | Fuller Co.<br>Catasauqua, Pa. | Welder |
| 1962-1963 | Bethlehem Fabricators<br>Bethlehem, Pa. | Welder |
| 1963-1964 | Strick Trailers<br>Perkasie, Pa. | Assembler/Welder |
| 1964-1966 | Ingersol Rand<br>Phillipsburg, N.J. | Welder |
| 1966-1987 | Mack Truck<br>Allentown, Pa. | Welder/Mechanic/<br>Machinist |

## VERIFICATION

I hereby certify that I am a plaintiff in the instant matter and

the facts contained in the Complaint are true and correct to the

best of my knowledge, information and belief. This statement is made

subject to the penalties of 18 Pa. C. S. Sect. 4904 relating to unsworn

falsification to authorities

Date: _4/15/02_    _Joseph F. Kiniuk_

Joseph F. Kiniuk

## VERIFICATION

I hereby certify that I am a plaintiff in the instant matter and the facts contained in the Complaint are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 Pa. C. S. Sect. 4904 relating to unsworn falsification to authorities

Date: _4/17/02_        _Margaret Kiniuk_

Margaret Kiniuk